1 DANIEL J. BRODERICK, #89424
Federal Defender
2 LINDA C. HARTER, #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
James Roberts
4 Certified Student Attorney
801 I Street, 3rd Floor
5 Sacramento, California 95814
Telephone: (916) 498-5700
6

7

Attorneys for Defendant
8 JACK JODOIN

9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,   ) 2:12-cr-0243-KJN
                               )
14         Plaintiff,           ) STIPULATION AND ORDER TO VACATE
                               ) THE TRIAL CONFIRMATION HEARING
15    v.                        ) AND JURY TRIAL AND TO SET A
                               ) STATUS HEARING
16 JACK JODOIN,                 )
                               ) Date:  October 31, 2012
17         Defendant.           ) Time:  9:00 a.m.
                               ) Judge: Hon. Kendall J. Newman
18 _____ )

19      The United States Attorney through his respective counsel, JEFFREY

20 A. SPIVAK, Special Assistant United States Attorney, and LINDA C.

21 HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES

22 ROBERTS, hereby stipulate to vacate the trial confirmation hearing set

23 for September 19, 2012 at 9:00am and to vacate the jury trial scheduled

24 for October 29, 2012 at 9:00am.

25      Accordingly, the parties jointly request that a status hearing be

26 scheduled for October 31, 2012 at 9:00am before Magistrate Judge

27 Kendall J. Newman.

Time is to be excluded from September 19, 2012 to October 31, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2) (Local Code I) and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Defense counsel needs additional time to prepare for resolution.

Dated: September 10, 2012            Respectfully submitted,


                                     DANIEL BRODERICK
                                     Federal Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Assistant Federal Defender
                                     Attorney for JACK JODOIN

                                     /s/ James Roberts
                                     JAMES ROBERTS
                                     Certified Student Attorney


Dated: September 10, 2012            BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Jeffrey A. Spivak
                                     JEFFREY A. SPIVAK
                                     Special Assistant U.S. Attorney


O R D E R

**IT IS SO ORDERED.**

DATED: September 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-