1  ANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   JAMES ROBERTS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  JACK JODOIN

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      ) 2:12-cr-0243-KJN
                                   )
14              Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                   ) THE STATUS HEARING
15      v.                         )
                                   ) Date:  December 12, 2012
16  JACK JODOIN,                   ) Time:  9:00 a.m.
                                   ) Judge: Hon. Kendall J. Newman
17              Defendant.         )
                                   )
18  _____)

19      The United States Attorney through his respective counsel, JEFFREY

20  A. SPIVAK, Special Assistant United States Attorney, and LINDA C.

21  HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES

22  ROBERTS, hereby stipulate to vacate the status hearing set for October

23  31, 2012 at 9:00am.  The parties jointly request that the status

24  hearing be continued and set for December 12, 2012 at 9:00am before

25  Magistrate Judge Kendall J. Newman.

26      Time is to be excluded under the Speedy Trial Act, 18 U.S.C. §

27  3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr. Jodoin is receiving additional medical treatment and evaluations on November 24, 2012 and defense counsel is awaiting the results in order to prepare a resolution in this case.

Dated: October 26, 2012                    Respectfully submitted,


                                           DANIEL BRODERICK
                                           Federal Defender


                                           /s/ Linda C. Harter
                                           LINDA C. HARTER
                                           Assistant Federal Defender
                                           Attorney for JACK JODOIN

                                           /s/ James Roberts
                                           JAMES ROBERTS
                                           Certified Student Attorney


Dated: October 26, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ Jeffrey A. Spivak
                                           JEFFREY A. SPIVAK
                                           Special Assistant U.S. Attorney


                              O R D E R

**IT IS SO ORDERED.**


DATED: October 26, 2012




                                           _____
                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE