```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMES P. ROBERTS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorney for Defendant
 7  JACK L. JODOIN

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,   )  No.  2:12-cr-00243-KJN
14                              )
                 Plaintiff,     )
15                              )  STIPULATION AND ORDER
         v.                     )
16                              )
    JACK L. JODOIN,             )  Date: April 17, 2013
17                              )  Time: 9:00 a.m.
                 Defendant.     )  Judge: Hon. Kendall J. Newman
18                              )
    _____ )
19

20       The United States Attorney through his respective counsel, JEFFREY

21  A. SPIVAK, Special Assistant United States Attorney, and LINDA C.

22  HARTER, attorney for JACK L. JODOIN, and Certified Student Attorney,

23  JAMES P. ROBERTS, hereby stipulate to vacate the status conference set

24  for March 27, 2013 at 9:00 a.m. and set for a change of plea and

25  sentencing on April 17, 2013 at 9:00 a.m.

26       Additionally, the defendant requests an exclusion of time between

27  March 27, 2013 and April 17, 2013 under Local Code T4. Counsel for

28  defendant desires additional time to consult with his client, to
```

conduct additional investigation and to finalize the terms of the plea agreement with the government. In addition, counsel for the defendant has provided discovery to the government that may assist all parties in finalizing the terms of the plea agreement, if the stipulated continuance and exclusion of time is granted.

Dated: March 22, 2013                    Respectfully submitted,

                                         JOSEPH SCHLESINGER
                                         Acting Federal Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         JACK L. JODOIN


                                         /s/ James P. Roberts
                                         JAMES P. ROBERTS
                                         Certified Student Attorney

Dated: March 22, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Jeffrey A. Spivak
                                         JEFFREY A. SPIVAK
                                         Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: March 25, 2013


                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE